# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ZACKEYA PERRY**                                                                                          **PLAINTIFF**

**V.**                                            **2:16CV00043-BRW**

**TIFFANY MUNN,** *et al.*                                                                                 **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition (Doc. No. 26) in their entirety.

Accordingly, Plaintiff's motion to voluntarily dismiss his complaint (Doc. No. 25) is GRANTED, and the complaint is DISMISSED WITHOUT PREJUDICE.

I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED, this 14th day of December, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE