# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ZACKEYA PERRY**                                                                                         **PLAINTIFF**

**V.**                                              **2:16CV00043-BRW**

**TIFFANY MUNN,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. An *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED, this 14th day of December, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE